CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON

    Plaintiff,

  v.

NOB HILL GENERAL STORE, INC., a California Corporation

    Defendants.

Case No.: 5:21-cv-05207-LHK

**NOTICE OF SETTLEMENT**

    The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties are currently focusing efforts on finalizing the terms of the settlement and reducing it to a writing. The plaintiff, anticipates that the settlement will be consummated within the coming sixty (60) days, and the Joint Stipulation for Dismissal with prejudice as to all parties will be filed.

CENTER FOR DISABILITY ACCESS

Dated: August 29, 2021

By: /s/ Amanda Seabock
Amanda Seabock
Attorney for Plaintiff