| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Chris Carson, Esq., SBN 280048<br>Dennis Price, Esq., SBN 279082 |
| 3 | Amanda Seabock, SBN 289900<br>8033 Linda Vista Road, Suite 200 |
| 4 | San Diego, CA 92111<br>(858) 375-7385 |
| 5 | (888) 422-5191 fax<br>amandas@potterhandy.com |
| 6 | Attorneys for Plaintiff |
| 7 | PORTER | SCOTT |
| 8 | A PROFESSIONAL CORPORATION<br>Lindsay A. Goulding, SBN 227195 |
| 9 | Daniel B. Phung, SBN 325725<br>350 University Ave., Suite 200 |
| 10 | Sacramento, California 95825<br>lgoulding@porterscott.com |
| 11 | dphung@porterscott.com<br>TEL: 916.929.1481 |
| 12 | FAX: 916.927.3706<br>Attorneys for Defendant |
| 13 | Nob Hill General Store, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON | Case: 5:21-cv-05207-LHK |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| NOB HILL GENERAL STORE, INC., a California Corporation | |
| Defendants. | |

{02512013.DOC}1

Joint Stipulation for Dismissal                    Case: 5:21-cv-05207-LHK

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 28, 2021          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: September 28, 2021          PORTER | SCOTT
                                   A PROFESSIONAL CORPORATION

By: _____
    Lindsay A. Goulding
    Attorneys for Defendant
    Nob Hill General Store, Inc.